IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 2:21-cr-5 |
| MIQUAVIS MORRIS, | |
| Defendant. | |

**O R D E R**

On May 4, 2021, the parties filed their Joint Status Report. Doc. 31. In that Report, the parties state that all pretrial motions filed in this case as to Defendant Miquavis Morris have been resolved. Accordingly, the Court **DENIES as moot** all motions, docs. 22-27, as to Defendant Miquavis Morris.

The Motions Hearing scheduled for May 10, 2021 at 10:00 a.m. as to Defendant Miquavis Morris is cancelled.

**SO ORDERED**, this 5th day of May, 2021.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA